IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON MOYE, SR.,

        Plaintiff,                                    No. 3:16-cv-00760-SB

        v.                                          ORDER

EMPLOYMENT DEPARTMENT,

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Stacie Beckerman issued a Findings and Recommendation [5] on June 20, 2016, in which she recommends that the Court dismiss Plaintiff's complaint for lack of subject matter jurisdiction. .

      Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see also</u> <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [5]. Accordingly, Plaintiff's complaint is dismissed with prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED this ___9___ day of ___August___, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER