IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON MOYE, SR.,

        Plaintiff,                      No. 3:16-cv-00760-SB

        v.                                   JUDGMENT

EMPLOYEMNT DEPARTMENT,

        Defendants.

HERNÁNDEZ, District Judge:

      Based on the record, it is ORDERED AND ADJUDGED that this case is dismissed with prejudice.

      DATED this \_\_9\_\_ day of \_\_\_August\_\_\_, 2016.

                                    */s/ Marco Hernández*
                                    MARCO A. HERNÁNDEZ
                                    United States District Judge

1 – JUDGMENT